UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 12-8954 JGB (RZx)** | Date | October 21, 2014 |
|---|---|---|---|
| Title | *Thomas McNeal, et al. v. Wilmer Valderrama, et al.* | | |

Present: The Honorable   JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   ORDER To Show Cause re: Failure to File Class Action Settlement Agreement (IN CHAMBERS)

On September 29, 2014, Plaintiffs Thomas McNeal, et al., filed a Motion for Preliminary Approval of Class Action Settlement. ("Motion," Doc. No. 77). In Plaintiffs' attached Memorandum of Points and Authorities, they describe some of the settlement terms and indicate that "[a] copy of the Class Action Settlement Agreement and Release of Claims . . . will be filed shortly." (Doc. No. 77-1). However, no settlement agreement has yet been filed. No opposition to the Motion has been filed.

Accordingly, the Court, on its own motion, ORDERS Plaintiffs to file a copy of the class action settlement agreement on or before **October 23, 2014**, and to show cause in writing by that date why Plaintiffs' Motion should not be denied. Failure to respond to this Order and to file a copy of the class action settlement agreement will be deemed consent to the denial of Plaintiffs' Motion.

**IT IS SO ORDERED.**