# J S - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS McNEAL and JAMES MARTELL,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>WILMER VALDERRAMA, THE CITY DRIVE ENTERTAINMENT GROUP INC., DANIEL E. CATULLO, DIGITAL BYTES, LLC, and WV PRODUCTIONS, INC.,<br><br>　　　　　Defendants. | Case No. CV 12-8954 JGB (RZx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, the Court orders that judgment shall be entered as follows:

1. Final Settlement Approval is granted;
2. Class Counsel is awarded attorneys' fees in an amount of $18,750.00 from the gross settlement amount;
3. Class Counsel is awarded costs in the amount of $2,342.61 from the gross settlement amount;
4. Simpluris, Inc., is awarded settlement administration fees in the amount of $5,000.00 from the gross settlement amount;

5.  Class Representative Thomas McNeal is awarded a service award in the amount of $2,000.00 from the gross settlement amount;

6.  Class Representative James Martell is awarded a service award in the amount of $2,000.00 from the gross settlement amount; and

7.  The First Amended Complaint is dismissed with prejudice.

Dated: April 13, 2015

_____
THE HONORABLE JESUS G. BERNAL
United States District Judge